Harry E. Williams, Appellee, v. New York Central Railroad Company, Appellant.

Gen. No. 44,041.

opinion filed April 13, 1949; released for publication June 3, 1949. Sidney C. Murray, William A. Morrow, Marvin A. Jersild, and Lloyd W. Bowers, for appellant; Edward B. Henslee, of Chicago, for appellee; Walter N. Murray and Melvin L. Griffith, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.**

In re Estate of John H. Cope, Deceased.
Doy Meador, Administrator of Estate of Alice Lavona Cope, Deceased, Appellee, v. Laura Hughes, Administratrix of Estate of John H. Cope, Deceased, Appellant.

Term No. 49F2.

opinion filed April 18, 1949; released for publication May 25, 1949. Frank H. Walker and Marshall & Feiger, for appellant; Mills, Umfleet & Mayberry and Miller & Pfaff, for appellee. Opinion by JUSTICE BARDENS. **Not to be published in full.**